# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marisela Diaz,<br><br>    Plaintiff,<br><br>  v.<br><br>Isiah International, LLC; One World Products, Inc.,<br><br>    Defendants. | Case No. 2:24-cv-02074-JAD-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to extend time for service of process. (ECF No. 9). Plaintiff requests another thirty days' time to effect service, explaining that she needed time to amend her complaint and that one of the Defendants needs to be served out of state. Under Federal Rule of Civil Procedure 4(m), if a plaintiff shows good cause for the failure to serve a defendant within ninety days after the complaint is filed, the court must extend the time for service for an appropriate period. The Court finds that Plaintiff has shown good cause here and thus grants the requested extension.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 9) is **granted.** Plaintiff shall have until March 6, 2025, to accomplish service.

DATED: February 4, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE