TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARISELA DIAZ, an individual,

Plaintiff,

vs.

ONE WORLD PRODUCTS, INC.;

Defendant.

CASE NO: 2:24-cv-02074-JAD-DJA

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

ECF No. 19

Plaintiff Marisela Diaz filed a motion for default judgment. ECF No. 19. Default has been entered against One World Products, Inc. ECF No. 17. The court noticed a prove-up hearing and a hearing was held on September 9, 2026.

The court finds that the prove-up hearing and the papers filed herein satisfy the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986) for the relief requested.

Diaz is entitled to back pay in the amount of TWO HUNDRED SEVENTY THOUSAND FIVE HUNDRED FORTY-FOUR AND 95/100 DOLLARS ($270,544.95), plus pre- and post-judgment interest accruing upon said amount at the legal rate since the filing of the amended complaint on November 6, 2024.

The Court finds that Defendant willfully violated Title VII and awards, pursuant to the *Eitel* factors, punitive damages of FIFTY THOUSAND DOLLARS ($50,000.00) under 42 U.S.C. §1981a(b)(1).

Plaintiff has incurred THREE THOUSAND DOLLARS ($3,000.00) in attorney's fees and costs as a result of this litigation. Plaintiff has testified that she has been emotionally distressed as a result of Defendant's discrimination and requested FIFTY THOUSAND DOLLARS ($50,000.00) for compensation for her emotional distress and the court finds the request supported by the evidence and awards the requested damages.

IT IS THEREFORE ORDERED that the motion for default judgment **[ECF No. 19] is GRANTED; plaintiff is awarded a Default Judgment of $373,544.95, and the Clerk of Court is directed to ENTER JUDGMENT against One World Products, Inc. and in favor of the plaintiff accordingly and CLOSE THIS CASE.**

_________________________________
U.S. District Judge Jennifer A. Dorsey
Dated: October 26, 2026

Respectfully submitted:
Dated: September 21, 2026

**HATFIELD & ASSOCIATES, LTD.**
By: *_/s/ Trevor J. Hatfield_*
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.

*Attorney for Plaintiff*